UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CHUN HUA YU,

                Plaintiff,

- against -

LORETTA E. LYNCH, JEH JOHNSON,
PHYLLIS A. COVEN & LEON RODRIGUEZ

                Defendants.
---------------------------------------------------------x

ORDER

16-CV-5382 (ILG)

GLASSER, Senior United States District Judge:

In response to this Court's Order to Show Cause, DE 4, Plaintiff has indicated that new counsel has been retained as of March 21, 2017, and service has been effected. DE 8. With the foregoing, good cause has been shown in satisfaction of Fed. R. Civ. P. 4(m) and no further action of the Court is necessary at this time.

SO ORDERED.

Dated:    Brooklyn, New York
            March 27, 2017

                                        /s/
                                        I. Leo Glasser
                                        Senior United States District Judge